AO91 (Rev. 12/03) Criminal Complaint          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> vs. <br> Edgar GOMEZ-Lopez <br> A201 901 013  Mexico | **CRIMINAL COMPLAINT** <br><br> Case Number: 1:19-po-1720 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  March 20, 2019  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on March 20, 2019. The defendant is a citizen of Mexico who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on March 20, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/ Garcia Jr, Juan  Border Patrol Agent
Signature of Complainant

Garcia Jr, Juan   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 22, 2019      at      Brownsville, Texas
Date                         City/State

Ronald Morgan      U.S. Magistrate Judge
Name of Judge           Title of Judge           Signature of Judge